# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CHRISTOPHER ROBINSON,** | ) |
| | ) **CIVIL ACTION NO.** |
| **Plaintiff,** | ) **2:23-cv-01381-NAD** |
| | ) |
| v. | ) |
| | ) |
| **SPRING OAKS CAPITAL, LLC;** | ) |
| **Fictitious Defendants "A", "B"** | ) |
| **and "C",** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |
| _____ | ) |

## DEFENDANT SPRING OAKS CAPITAL, LLC'S
## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Counsel for Defendant, Spring Oaks Capital, LLC, hereby certifies the following:

1. Defendant Spring Oaks Capital, LLC is a foreign corporation organized under the laws of the State of Virginia and does not have a parent company.

2. There are no publicly held corporations that hold 10% or more of Spring Oaks Capital, LLC's stock.

        Respectfully Submitted,

        /s/ Neal D. Moore, III
        Neal D. Moore, III
        *Attorney for Defendant, Spring Oaks Capital, LLC*

OF COUNSEL:
CHRISTIAN & SMALL, LLP
505 20th Street North, Suite 1800
Birmingham, Alabama  35203
ndmoore@csattorneys.com

## CERTIFICATE OF SERVICE

    I hereby certify that on October 16, 2023, a copy of the foregoing document has been sent via electronic filing to the following:

Patricia S. Lockhart
John G. Watts
M. Stan Herring
WATTS & HERRING, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama  35203
patricia@wattsherring.com
john@wattsherring.com
stan@wattsherring.com

        /s/ Neal D. Moore, III
        OF COUNSEL

4059239.1