FILED
2024 May-20  PM 10:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **CHRISTOPHER ROBINSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CASE NO. 2:23-cv-01381-AMM |
| | ) |
| **SPRING OAKS CAPITAL, LLC,** | ) |
| **Defendant.** | ) |
| | ) |

## JOINT STATUS REPORT

**COMES NOW**, the Plaintiff, Christopher Robinson and Defendant, Spring Oaks CAPITAL, LLC, (the "Parties") and pursuant to this court's December Scheduling Order (Doc. 14) file this Joint Status Report:

1. The parties have undertaken discovery and are in the process of completing written discovery and exchanging documents and information as a part of Initial Disclosures and in response to discovery requests.

2. The parties are in the process of undertaking depositions.

3. The Parties currently have no issues to bring before the court at this time.

4. The parties have exchanged settlement demands but have been unable to reach a resolution. The parties will continue to confer between themselves towards resolution.

5. Plaintiff objects to mediation. Defendant believes a settlement conference, after the close of discovery, could be beneficial,

          Respectfully Submitted,

          /s/ Patricia S. Lockhart
          M. Stan Herring (HER037)
          John G. Watts (WAT056)
          Patricia S. Lockhart (LOC023)
          Attorneys for Plaintiff

OF COUNSEL:
Watts & Herring, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 714-4443
(888) 522-7167 facsimile
Stan@wattsherring.com
john@wattsherring.com
patricia@wattsherring.com

          */s/* John Rossman
          John Rossman
          Rossman Attorney Group
          612-284-2143
          john.rossman@rossmanattorneygroup.com
          Attorney for Defendant