FILED
2024 Jun-28  AM 10:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CHRISTOPHER ROBINSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.: 2:23-cv-1381-AMM |
| | ) |
| **SPRING OAKS CAPITAL LLC,** | ) |
| | ) |
| **Defendant** | ) |

## **ORDER**

This case is before the court on a motion to compel filed by Spring Oaks Capital, LLC ("Spring Oaks"). Doc. 26. The motion is fully briefed. Docs. 28–29.

Spring Oaks asks this court to compel Plaintiff Christopher Robinson "to produce contracts or agreements with his counsel as it pertains to the terms of representation in this matter, and for any work, consultation, or representation regarding the drafting, preparation or issuance of the September 27, 2022, written communication ('Communication') that forms the sole basis for Plaintiff's entire lawsuit." Doc. 26 at 1. Mr. Robinson responds that this request is irrelevant and that "Spring Oaks is searching for something that does not exist." Doc. 28 at 1. Spring Oaks replies that it is "entitled to production of both of the Agreements identified in [Mr. Robinson's] Response." Doc. 29 at 4.

The Agreements that Mr. Robinson referenced in his response are responsive to the discovery request made by Spring Oaks, relevant to his claim against Spring Oaks, and are not protected by attorney-client privilege or the work product doctrine. Therefore, the court **GRANTS** the motion to compel filed by Spring Oaks and **ORDERS** production of the documents at issue within fourteen days.

**DONE** and **ORDERED** this 28th day of June, 2024.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE