IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **CHRISTOPHER ROBINSON,** | ) | |
| | ) | **CIVIL ACTION NO.** |
| Plaintiff, | ) | **2:23-cv-01381-AMM** |
| | ) | |
| | ) | **UNOPPOSED** |
| v. | ) | |
| | ) | |
| **SPRING OAKS CAPITAL, LLC;** | ) | |
| Fictitious Defendants "A", "B" | ) | |
| and "C", | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANT SPRING OAKS CAPITAL, LLC'S MOTION TO EXTEND SUMMARY JUDGMENT DEADLINE**

COMES NOW the Defendant, Spring Oaks Capital, LLC and respectfully requests this Honorable Court to extend the summary judgment deadline of August 12, 2024, for both parties, and in support of this motion shows as follows:

1. Pending before the Court is a Motion to Strike the Confidential Designation attached to the contact between Plaintiff and her counsel. (Doc. 31). The determination of this issue will impact the exhibits used in support of Defendant's Motion for Summary Judgment.

2. In the Motion to Strike, the Defendant asked this Honorable Court to consider moving the summary judgment deadline for both parties, which is August

1

12, 2024, but erroneously listed the deadline within the Motion to Strike as <u>September 12, 2024</u>.

3. Counsel for the Defendant has recognized this error and apologizes for the confusion it caused. Because the summary judgment deadline is actually August 12, 2024, the Defendant is filing this separate motion to extend the summary judgment deadline so that the Motion to Strike the Confidential Designation attached to Plaintiff's contacts can be resolved first.

4. The undersigned has consulted with counsel for the Plaintiff about this issue and the extension of the summary judgment deadlines. Counsel for Plaintiff is in agreement that the summary judgment deadline should be extended.

5. The undersigned is very mindful of this Court's instructions in her Initial Order regarding extensions and the circumstances under which they will be allowed. The undersigned respectfully requests this Honorable Court to consider this request for an extension to be timely filed and allow additional time to file dispositive motions so that the pending Motion to Strike can first be resolved.

        Respectfully submitted,

        /s/ Neal D. Moore, III
        Neal D. Moore, III
        *Attorney for Defendant,*
        *Spring Oaks Capital, LLC*

**OF COUNSEL:**
CHRISTIAN & SMALL, LLP
505 20th Street, Suite 1800
Birmingham, Alabama 35203
ndmoore@csattorneys.com

/s/ John K. Rossman
John K. Rossman
*Attorney for Defendant (Admitted Pro Hac Vice)*
*Spring Oaks Capital, LLC*

**OF COUNSEL:**
ROSSMAN ATTORNEY GROUP, PLLC
4628 Bruce Avenue
Edina, Minnesota 55424
John.rossman@rossmanattorneygroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2024, a copy of the foregoing document has been served via electronic filing to the following:

John G. Watts
M. Stan Herring
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
john@wattsherring.com
stan@wattsherring.com

Patricia S. Lockhart
McCarthy Law, PLC
5723 Annandale Lane
Irondale, Alabama 35210
patricialockhartlaw@gmail.com

/s/ Neal D. Moore, III
OF COUNSEL

4306355.1