FILED
2024 Aug-21  PM 06:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit "1"

# RE: Robinson v Spring Oaks -- Objection to improper designation

**Stan Herring** <stan@wattsherring.com>  Tue, Jul 30, 2024 at 2:05 PM
To: John Watts <john@wattsherring.com>
Cc: Stan Herring <stan@wattsherring.com>, Patricia Lockhart <patricia@wattsherring.com>, "Neal D. Moore III" <ndmoore@csattorneys.com>, Gabriela Ruiz Atkisson <gmr@csattorneys.com>, Trevor Johnson <trevor.johnson@rossmanattorneygroup.com>

Greetings Stan. We had a meet and confer on July 23 about the improper designation of the attorney retainer agreements in this matter by your law firm and you were going to get a proposal to me about redactions. Our summary judgment deadline is August 12 and you are aware that our client will be citing the fee agreements -- which confirm in writing that Plaintiff has no damages or standing in this matter -- to support our motion to dismiss this meritless case.

If the improper designation of the attorney retainer agreements is not removed by the close of business on July 31, we will ask for the Court's intervention and we will seek fees incurred due to the improper designation of the document despite repeated offers by Defendant for reasonable redactions both in writing and during our meet and confer on July 23.

Thank you.

- John

John K. Rossman
Attorney at Law
612-439-5551

ROSSMAN ATTORNEY GROUP, PLLC