FILED
2024 Aug-21 PM 06:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit "2"



# RE: Robinson v Spring Oaks -- Objection to improper designation

**Stan Herring** <stan@wattsherring.com>  Wed, Jul 31, 2024 at 10:41 AM
To: John Rossman <john.rossman@rossmanattorneygroup.com>
Cc: John Watts <john@wattsherring.com>, Patricia Lockhart <patricia@wattsherring.com>, "Neal D. Moore III" <ndmoore@csattorneys.com>, Gabriela Ruiz Atkisson <gmr@csattorneys.com>, Trevor Johnson <trevor.johnson@rossmanattorneygroup.com>, James Sears <james@wattsherring.com>

John R,

First, let me say I disagree with most everything you say in your email and am not sure why you feel the need to make such hyperbolic statements accusing us of filing and pursuing meritless claims.

We disagree that the Confidential - Attorneys Eyes Only designation was improper and your stating it as many times as possible in a two paragraph email does not make it so. In fact, I explained to you the basis of our designation during our meet and confer. And, as I recall while you may believe the documents should not have been designated as Confidential - Attorneys Eyes Only one of the significant reasons you raised was your concern over the difficulty, time and expense of filing documents under seal.

Nevertheless, we are willing to try to work through this with you to reach an agreeable resolution.

My calendar is open the rest of the day, so let me know when you are available today to discuss this.

- Stan

On Tue, Jul 30, 2024 at 2:06 PM John Rossman <john.rossman@rossmanattorneygroup.com> wrote:
[Quoted text hidden]

--
M. Stan Herring
Watts & Herring, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
voice - 205.879.2447
[Quoted text hidden]