# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER ROBINSON, ) | |
| ) | CIVIL ACTION NO. |
| Plaintiff, ) | 2:23-cv-01381-AMM |
| ) | |
| v. ) | |
| ) | |
| SPRING OAKS CAPITAL, LLC; ) | |
| Fictitious Defendants "A", "B" ) | |
| and "C", ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' NOTICE OF FILING EVIDENTIARY MATERIAL

COMES NOW the Defendant, Spring Oaks Capital, LLC, and files the attached evidentiary material in support of its Motion for Summary Judgment:

- **Defendant's Exhibit A** –
  Transcript of the Rule 30(b)(6) Deposition of Catherine Calko

    Ex. A-1: Calko Dep. Exhibit 1 – Rule 30(b)(6) Notice
    Ex. A-2: Calko Dep. Exhibit 2 – September 27, 2022 Letter to Spring Oaks (SOC_ROBINSON 000044)
    Ex. A-3: Calko Dep. Exhibit 3 – October 31, 2022 Validation Packet Sent to Robinson (SOC_ROBINSON 000001-12)
    Ex. A-4: Calko Dep. Exhibit 4 – Spring Oaks Account Notes (SOC_ROBINSON 000013-24)
    Ex. A-5: Calko Dep. Exhibit 5 – Account Statements (SOC_ROBINSON 000025-43)
    Ex. A-6: Calko Dep. Exhibit 6 – Excerpts from November 25, 2022 TransUnion Credit Report (Robinson v. Spring Oaks 000150, 202)

Ex. A-7: Calko Dep. Exhibit 7 – Excerpts from July 28, 2023 TransUnion Credit Report (Robinson v. Spring Oaks 000004, 59-61)

Ex. A-8: Calko Dep. Exhibit 8 – Excerpts from November 29, 2023 TransUnion Credit Report (Robinson v. Spring Oaks 000082, 119-120)

Ex. A-9: Calko Dep. Exhibit 9 – Spring Oaks' Responses to Robinson's Discovery Requests

Ex. A-10: Calko Dep. Exhibit 10 – Excerpts from the Fair Debt Collection Practices Act

Ex. A-11: Calko Dep. Exhibit 11 – CDIA Credit Reporting Resource Guide

- **Defendant's Exhibit B** –
  Transcript of the Deposition of Plaintiff Christopher Robinson

  Ex. B-a: Robinson Dep. Exhibit A – April 5, 2022 Letter from Spring Oaks

  Ex. B-b: Robinson Dep. Exhibit B – September 27, 2022 Letter to Spring Oaks

  Ex. B-c: Robinson Dep. Exhibit C – September 27, 2022 Letter to Spring Oaks

  Ex. B-d: Robinson Dep. Exhibit D – October 31, 2022 Validation Packet Sent to Robinson

  Ex. B-e: Robinson Dep. Exhibit E – The Complaint

  Ex. B-f: Robinson Dep. Exhibit F – TransUnion Credit Report

  Ex. B-g: Robinson Dep. Exhibit G – Robinson's Responses to Sprin Oaks' Discovery Requests

- **Defendant's Exhibit C** –
  Plaintiff Robinson's Fee Agreement with Watts Herring Law Firm

          Respectfully submitted,

          /s/ Neal D. Moore, III
          Neal D. Moore, III
          *Attorney for Defendant,*
          *Spring Oaks Capital, LLC*

**OF COUNSEL:**
CHRISTIAN & SMALL, LLP
505 20th Street, Suite 1800
Birmingham, Alabama 35203
ndmoore@csattorneys.com

/s/ John K. Rossman
John K. Rossman
*Attorney for Defendant (Admitted Pro Hac Vice)*
*Spring Oaks Capital, LLC*

**OF COUNSEL:**
ROSSMAN ATTORNEY GROUP, PLLC
4628 Bruce Avenue
Edina, Minnesota 55424
John.rossman@rossmanattorneygroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2024, a copy of the foregoing document has been served via electronic filing to the following:

John G. Watts
M. Stan Herring
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
john@wattsherring.com
stan@wattsherring.com

Patricia S. Lockhart
McCarthy Law, PLC
5723 Annandale Lane
Irondale, Alabama 35210
patricialockhartlaw@gmail.com

/s/ Neal D. Moore, III
OF COUNSEL