**FEE AGREEMENT**

*If no recovery is obtained, client will not owe a legal fee or expenses.*

Client: **CHRISTOPHER ROBINSON**

Defendant: **SPRING OAKS CAPITAL, LLC**

> **FEE AGREEMENT**
> **Watts & Herring, LLC**
>
> **301 19th Street North**
> **Birmingham, AL 35203**
>
> **Telephone: (205) 879-2447**
> **Facsimile: (888) 522-7167**
> **Email: john@wattsherring.com**
> **www.AlabamaConsumer.com**

<u>**LEGAL REPRESENTATION**</u>.  Client hires Watts & Herring, LLC (collectively referred to as "Firm") to pursue a claim (whether by filing suit or negotiating pre-suit)for violations of the law related to possible federal and state law violations caused by Defendant and others.  Client authorizes Firm to pursue all available sources of recovery as Firm deems necessary.  Client agrees that Firm may associate additional lawyers/firms to assist with this case and Client agrees to the sharing of fees between lawyers.  Client understands the terms herein apply to other lawyers associated in this case and other lawyers being involved does not change the fee arrangement.

<u>**COOPERATION**</u>.  Client agrees to be available for consultation, investigation, deposition, trial preparation, and to provide other necessary assistance to advance the case as Firm directs and to do nothing to hurt the value of the case.

Firm agrees to use its best effort and skill in pursuing this case but <u>does not guarantee a specific result and Client recognizes that litigation may not be successful</u>.  Client appoints Firm as client's attorneys-in-fact to present claims and/or endorse checks or drafts representing settlement or judgment proceeds to expedite disbursement.  Firm does not agree to appeal the case and any appeal will have to be negotiated by a separate contract.

<u>**LEGAL FEE**</u>.  **If there is no recovery, Client does not owe Firm any legal fees or expenses.**  This suit is brought for Statutory damages under the Fair Debt Collection Practices Act which entitles Client to up to $1,000 for the case.  Client authorizes Firm to negotiate and settle the case as long as Client receives $1,000.  Client agrees Firm may reject offers that do not sufficiently compensate Firm for its fees, costs and expenses.  Client assigns to Firm any right to attorney fees, expenses and costs which will be all other funds in this case from Defendant.  **It is very likely that Firm will receive more money than Client and Client agrees to this as this is not a case where actual damages are being sought but instead only Statutory Damages which are a maximum of $1,000.**

<u>**CASE EXPENSES & AUTHORIZATION**</u>.  Case costs and expenses will be advanced by Firm. Examples of typical expenses include filing fees, investigation, auto mileage, photocopies, court reporters, medical records, long distance charges, legal research, interest on any money Firm borrows for expenses, expert witness fees, air fare, etc.

***TERMINATION OF THIS AGREEMENT***.  If this agreement is terminated before the case is resolved, Client gives Firm a lien against any subsequent recovery in this case for Firm's time at $625 an hour and expenses. Firm may withdraw from representation of Client if it determines prosecution of the claim is not practicable.

***MISCELLANEOUS AND TAX ISSUES***.  Client has read this agreement (or has had it read to Client) and agrees to be bound by these terms.  Any modifications in the terms of this agreement shall be typewritten or handwritten in the margin below and initialed by both parties.

Client also understands that any money paid in a settlement or verdict will likely result in tax consequences to Client and Firm does not advise on tax law.  Client agrees to properly disclose the correct amount to any and all taxing authorities.  Client is not relying on Firm to advise about the amount of taxes that may be owed as Client will handle this without Firm's advice.

Firm (John Watts): _____*John Watts*_____       Date: __2023-09…__

Firm (Patricia Lockhart): _____*Patricia Lockhart*_____       Date: __2023-09…__

Client: _____*Christopher Robinson*_____       Date: __2023-09…__

**Contact Information:**

**Phones:**
(256) 612-2772
List any other phone numbers here:

**Mailing Address:**
20 BURNEY MOUNTAIN RD
FALKVILLE, AL 35622

List any other addresses here:

*Occasionally we have clients we cannot reach as email is unanswered and they have moved and changed phone numbers so please provide details below so we can contact you in the case of an emergency*

Emergency Contact Name: __Hillary Robinson_____

Emergency Contact Email and Phone: __256-612-1084_____

# Signature Certificate

Reference number: EYKT6-J2XDF-DRZ5E-BBEPK

| Signer | Timestamp | Signature |
|---|---|---|
| **Patricia Lockhart**<br>Email: patricia@wattsherring.com<br>Shared via link | |  |
| Sent:<br>Viewed:<br>Signed: | 14 Sep 2023 12:22:17 UTC<br>14 Sep 2023 12:22:41 UTC<br>14 Sep 2023 12:23:00 UTC | IP address: 104.15.213.190<br>Location: Birmingham, United States |
| **Christopher Robinson**<br>Email: redbones1094@gmail.com<br>Shared via link | | *Christopher Robinson* |
| Sent:<br>Viewed:<br>Signed: | 14 Sep 2023 12:22:17 UTC<br>14 Sep 2023 12:51:37 UTC<br>14 Sep 2023 12:54:17 UTC | IP address: 174.229.26.7<br>Location: Birmingham, United States |
| **John Watts**<br>Email: john@wattsherring.com | | *John Watts* |
| Sent:<br>Viewed:<br>Signed: | 14 Sep 2023 12:22:17 UTC<br>14 Sep 2023 12:22:18 UTC<br>14 Sep 2023 14:07:56 UTC | IP address: 47.197.47.167<br>Location: Wesley Chapel, United States |

Document completed by all parties on:
14 Sep 2023 14:07:56 UTC

Page 1 of 1



**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature solution trusted by 40,000+ companies worldwide.



Christopher Robinson v Spring Oaks
Confidential -- For Attorneys Eyes Only