# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CHRISTOPHER ROBINSON** )<br>)<br>**Plaintiff,** )<br>)<br>**v.** )<br>)<br>**SPRING OAKS CAPITAL,** )<br>**LLC, et. al.** )<br>)<br>**Defendant.** )<br>) | **CIVIL ACTION NO.:**<br><br>**2:23-cv-01381-AMM** |

## CHRISTOPHER ROBINSON'S EVIDENTIARY SUBMISSION IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT

**COMES NOW,** the Plaintiff, Christopher Robinson ("Robinson") and relies on and files the following Exhibits in support of his Motion for Summary Judgment:

Exhibit 1:   Deposition Transcript of Spring Oaks Capital Corporate Representative 30(b)(6) filed by Defendant as Ex. "A", **(Doc. 44-1, pp. 1-46)**.

    Ex. A-1: Calko Dep. Exhibit 1 – Rule 30(b)(6) Notice. **(Doc. 44-1, pp.47-54)**.

    Ex. A-2: Calko Dep. Exhibit 2 – September 27, 2022 Letter to Spring Oaks (SOC_ROBINSON 000044). **(Doc. 44-1, p. 55)**.

    Ex. A-3: Calko Dep. Exhibit 3 – October 31, 2022 Validation Packet Sent to Robinson (SOC_ROBINSON 000001-12). **(Doc. 44-1, pp.56-67)**.

   Ex. A-4: Calko Dep. Exhibit 4 – Spring Oaks Account Notes (SOC_ROBINSON 000013-24). **(Doc. 44-1, pp.68-79)**.

   Ex. A-5: Calko Dep. Exhibit 5 – Account Statements (SOC_ROBINSON 000025-43). **(Doc. 44-1, pp.80-98)**.

   Ex. A-6: Calko Dep. Exhibit 6 – Excerpts from November 25, 2022 TransUnion Credit Report (Robinson v. Spring Oaks 000150, 202). **(Doc. 44-1, pp.99-100)**.

   Ex. A-7: Calko Dep. Exhibit 7 – Excerpts from July 28, 2023 TransUnion Credit Report (Robinson v. Spring Oaks 000004, 59-61). **(Doc. 44-1, pp.101-104)**.

   Ex. A-8: Calko Dep. Exhibit 8 – Excerpts from November 29, 2023 TransUnion Credit Report (Robinson v. Spring Oaks 000082, 119-120). **(Doc. 44-1, pp.105-107)**.

   Ex. A-9: Calko Dep. Exhibit 9 – Spring Oaks' Responses to Robinson's Discovery Requests. **(Doc. 44-1, pp.108-125)**.

   Ex. A-10: Calko Dep. Exhibit 10 – Excerpts from the Fair Debt Collection Practices Act. **(Doc. 44-1, pp.126-153)**.

   Ex. A-11: Calko Dep. Exhibit 11 – CDIA Credit Reporting Resource Guide. **(Doc. 44-1, pp.154-180)**.

Exhibit 2: Spring Oaks Capital Responses to Written Discovery.

Exhibit 3: Deposition Transcript of Plaintiff, Christopher Robinson Filed by Defendant as Exhibit "B,". **(Doc. 44-2, pp. 1-36)**.

   Ex. B-a: Robinson Dep. Exhibit A – April 5, 2022 Letter from Spring Oaks. **(Doc. 44-2, pp. 37-40)**.

   Ex. B-b: Robinson Dep. Exhibit B – September 27, 2022 Letter to Spring Oaks. **(Doc. 44-2, p. 41)**.

   Ex. B-c: Robinson Dep. Exhibit C – September 27, 2022 Letter to Spring Oaks. **(Doc. 44-2, pp. 42-43)**.

   Ex. B-d: Robinson Dep. Exhibit D – October 31, 2022 Validation

        Packet Sent to Robinson. **(Doc. 44-2, pp. 44-64)**.

    Ex. B-e:  Robinson Dep. Exhibit E – The Complaint. **(Doc. 44-2, pp. 65-76)**.

    Ex. B-f:  Robinson Dep. Exhibit F – TransUnion Credit Report. **(Doc. 44-2, pp. 77-143)**.

    Ex. B-g: Robinson Dep. Exhibit G – Robinson's Responses to Spring Oaks' Discovery Requests. **(Doc. 44-2, pp. 144-165)**.

Exhibit 4:    Trans Union Credit Report dated 10/10/24 for Christopher Robinson.

        Respectfully submitted,

        */s/ M. Stan Herring*
        **John G. Watts (WAT056)**
        **M. Stan Herring (HER037)**
        **W. James Sears (SEA036)**
        Watts & Herring, LLC

        The Kress Building
        301 19th Street North
        Birmingham, Alabama 35203
        (205) 879-2447
        (888) 522-7167 *facsimile*
        john@wattsherring.com
        stan@wattsherring.com
        james@wattsherring.com
        **Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on **October 11, 2024,** a copy of the foregoing has been served on the following counsel for by using the CM/ECF system, U.S. Mail, postage prepaid and properly addressed and/or email to the email addresses below:

**John K Rossman**
ROSSMAN ATTORNEY GROUP PLLC
4628 Bruce Avenue
Edna, MN 55424
952-201-1507
Email: john.rossman@rossmanattorneygroup.com

**Neal D Moore , III**
CHRISTIAN AND SMALL LLP
505 20th Street North
Suite 1800
Birmingham, AL 35203
205-795-6588
Fax: 205-328-7234
Email: ndmoore@csattorneys.com

*Counsel for the defendant*
*Spring Oaks Capital, LLC*

 

                                       **/s/ M. Stan Herring**
                                       OF COUNSEL