FILED
2024 Oct-11  PM 04:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CHRISTOPHER ROBINSON** | )<br>)<br>) |
| **Plaintiff,** | )<br>) |
| v. | )<br>) **CIVIL ACTION NO.:**<br>) |
| **SPRING OAKS CAPITAL, LLC, et. al.** | )<br>) **2:23-cv-01381-AMM**<br>) |
| **Defendant.** | )<br>) |

### CHRISTOPHER ROBINSON'S AMENDED EVIDENTIARY SUBMISSION IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT

**COMES NOW,** the Plaintiff, Christopher Robinson ("Robinson") and files his Amended Evidentiary Submission to correct Exhibit 4 previously filed as Doc 46-2, as the incorrect credit report dated June 21, 2024 was filed. Plaintiff substitutes the correct Trans Union credit report dated October 10, 2024 and further relies on and previously filed the following Exhibits in Doc. 46 and 46-1 in support of his Motion for Summary Judgment:

Exhibit 1:   Deposition Transcript of Spring Oaks Capital Corporate Representative 30(b)(6) filed by Defendant as Ex. "A", **(Doc. 44-1, pp. 1-46)**.

      Ex. A-1: Calko Dep. Exhibit 1 – Rule 30(b)(6) Notice. **(Doc. 44-1,**

**pp.47-54)**.

Ex. A-2: Calko Dep. Exhibit 2 – September 27, 2022 Letter to Spring Oaks (SOC_ROBINSON 000044). **(Doc. 44-1, p. 55)**.

Ex. A-3: Calko Dep. Exhibit 3 – October 31, 2022 Validation Packet Sent to Robinson (SOC_ROBINSON 000001-12). **(Doc. 44-1, pp.56-67)**.

Ex. A-4: Calko Dep. Exhibit 4 – Spring Oaks Account Notes (SOC_ROBINSON 000013-24). **(Doc. 44-1, pp.68-79)**.

Ex. A-5: Calko Dep. Exhibit 5 – Account Statements (SOC_ROBINSON 000025-43). **(Doc. 44-1, pp.80-98)**.

Ex. A-6: Calko Dep. Exhibit 6 – Excerpts from November 25, 2022 TransUnion Credit Report (Robinson v. Spring Oaks 000150, 202). **(Doc. 44-1, pp.99-100)**.

Ex. A-7: Calko Dep. Exhibit 7 – Excerpts from July 28, 2023 TransUnion Credit Report (Robinson v. Spring Oaks 000004, 59-61). **(Doc. 44-1, pp.101-104)**.

Ex. A-8: Calko Dep. Exhibit 8 – Excerpts from November 29, 2023 TransUnion Credit Report (Robinson v. Spring Oaks 000082, 119-120). **(Doc. 44-1, pp.105-107)**.

Ex. A-9: Calko Dep. Exhibit 9 – Spring Oaks' Responses to Robinson's Discovery Requests. **(Doc. 44-1, pp.108-125)**.

Ex. A-10: Calko Dep. Exhibit 10 – Excerpts from the Fair Debt Collection Practices Act. **(Doc. 44-1, pp.126-153)**.

Ex. A-11: Calko Dep. Exhibit 11 – CDIA Credit Reporting Resource Guide. **(Doc. 44-1, pp.154-180)**.

Exhibit 2: Spring Oaks Capital Responses to Written Discovery.

Exhibit 3: Deposition Transcript of Plaintiff, Christopher Robinson Filed by Defendant as Exhibit "B,". **(Doc. 44-2, pp. 1-36)**.

    Ex. B-a: Robinson Dep. Exhibit A – April 5, 2022 Letter from Spring Oaks. **(Doc. 44-2, pp. 37-40)**.

    Ex. B-b: Robinson Dep. Exhibit B – September 27, 2022 Letter to Spring Oaks. **(Doc. 44-2, p. 41)**.

    Ex. B-c: Robinson Dep. Exhibit C – September 27, 2022 Letter to Spring Oaks. **(Doc. 44-2, pp. 42-43)**.

    Ex. B-d: Robinson Dep. Exhibit D – October 31, 2022 Validation Packet Sent to Robinson. **(Doc. 44-2, pp. 44-64)**.

    Ex. B-e: Robinson Dep. Exhibit E – The Complaint. **(Doc. 44-2, pp. 65-76)**.

    Ex. B-f: Robinson Dep. Exhibit F – TransUnion Credit Report. **(Doc. 44-2, pp. 77-143)**.

    Ex. B-g: Robinson Dep. Exhibit G – Robinson's Responses to Spring Oaks' Discovery Requests. **(Doc. 44-2, pp. 144-165)**.

Exhibit 4:    Trans Union Credit Report dated 10/10/24 for Christopher Robinson.

    Respectfully submitted,

    */s/ M. Stan Herring*
    **John G. Watts (WAT056)**
    **M. Stan Herring (HER037)**
    **W. James Sears (SEA036)**
    Watts & Herring, LLC

    The Kress Building
    301 19th Street North
    Birmingham, Alabama 35203
    (205) 879-2447
    (888) 522-7167 *facsimile*
    john@wattsherring.com
    stan@wattsherring.com

- 4 -

james@wattsherring.com
**Attorneys for Plaintiff**

- 5 -

## CERTIFICATE OF SERVICE

I hereby certify that on **October 11, 2024,** a copy of the foregoing has been served on the following counsel for by using the CM/ECF system, U.S. Mail, postage prepaid and properly addressed and/or email to the email addresses below:

**John K Rossman**
ROSSMAN ATTORNEY GROUP PLLC
4628 Bruce Avenue
Edna, MN 55424
952-201-1507
Email: john.rossman@rossmanattorneygroup.com

**Neal D Moore , III**
CHRISTIAN AND SMALL LLP
505 20th Street North
Suite 1800
Birmingham, AL 35203
205-795-6588
Fax: 205-328-7234
Email: ndmoore@csattorneys.com

*Counsel for the defendant*
*Spring Oaks Capital, LLC*

                                        */s/ M. Stan Herring*
                                        OF COUNSEL