FILED
2024 Oct-11 PM 04:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit "4"

Personal Credit Report for
**CHRISTOPHER ROBINSON**

File Number:
423827524

Date Created:
10/10/2024

Visit transunion.com/dispute to start a dispute online.

If you are experiencing a financial hardship related to a public health emergency or your personal circumstances, you can add a consumer statement to your credit file to explain your situation by visiting us at www.transunion.com/credit_help

## Personal Information

You have been on our files since 03/01/2001  Your SSN has been masked for your protection

**Credit Report Date**

10/10/2024

**Social Security Number**

▮▮▮▮▮▮

**Date of Birth**

▮▮▮▮

**Name**

CHRISTOPHER B ROBINSON

## Also Known As

**AKA**

CHRISTOPHER BRAN ROBINSON

**AKA**

CHRISTOPHER BRANDON ROBINSON

**AKA**

BRANDON ROBINSON

## Addresses

| | |
|---|---|
| Pay Status | >Collection< |
| Estimated month and year this item will be removed | 08/2028 |
| Remarks | Account information disputed by consumer (FCRA); >PLACED FOR COLLECTION< |

## RESURGENT RECEIVABLES LLC

### Account Information

| | |
|---|---|
| Address | PO Box 1269 GREENVILLE, SC 29602 |
| Phone | (866) 464 1183 |
| Date Opened | 07/22/2020 |
| Responsibility | Individual Account |
| Account Type | Open Account |
| Loan Type | FACTORING COMPANY ACCOUNT |
| Balance | $1,174 |
| Date Updated | 09/04/2024 |
| High Balance | $862 |
| Original Creditor | CREDIT ONE BANK N A |
| Past Due | $1,174 |
| Pay Status | >Collection< |
| Estimated month and year this item will be removed | 11/2026 |
| Remarks | Account information disputed by consumer (FCRA); >PLACED FOR COLLECTION< |

## SPRING OAKS CAPITAL LLC

### Account Information

| | |
|---|---|
| Address | PO BOX 1216 CHESAPEAKE, VA 23327 |

| | |
|---|---|
| **Phone** | (833) 418 3085 |
| **Date Opened** | 03/24/2022 |
| **Responsibility** | Individual Account |
| **Account Type** | Open Account |
| **Loan Type** | FACTORING COMPANY ACCOUNT |
| **Balance** | $675 |
| **Date Updated** | 10/04/2024 |
| **High Balance** | $675 |
| **Original Creditor** | CELTIC BANK |
| **Past Due** | $675 |
| **Pay Status** | >Collection< |
| **Estimated month and year this item will be removed** | 07/2028 |
| **Remarks** | Account previously in dispute-now resolved. reported by credit grant; >PLACED FOR COLLECTION< |

## Satisfactory Accounts

The following accounts are reported with no adverse information. For your protection, your account numbers have been partially masked, and in some cases scrambled  Please note  Accounts are reported as "Current; Paid or paying as agreed" if paid within 30 days of the due date. Accounts reported as Current may still incur late fees or interest charges if not paid on or before the due date

| Account Name |
|---|
| ATLAS ▬▬▬▬▬▬▬▬▬▬▬ |

### Account Information

| | |
|---|---|
| **Address** | 300 COVENTRY ROAD KENSINGTON, CA 94707 |
| **Phone** | (415) 417 1706 |
| **Monthly Payment** | $20 |