FILED
2024 Nov-06 AM 10:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 5, Fee Agreement

between Christopher Robinson and Watts & Herring, LLC, executed on June 19, 2024.

## FEE AGREEMENT

*If no recovery is obtained, client will not owe a legal fee or expenses.*

Client:  **Christopher Robinson**

Defendant:     **Spring Oaks Capital LLC**

---

**FEE AGREEMENT**
**Watts & Herring, LLC**

301 19th Street North
Birmingham, AL 35203

Telephone: (205) 879-2447
Facsimile: (888) 522-7167
Email: john@wattsherring.com
www.AlabamaConsumer.com

---

*LEGAL REPRESENTATION*. Client hires Watts & Herring, LLC ("Firm") to pursue a claim for violations of the law related to possible federal and state law violations caused by Defendant. Client authorizes Firm to pursue all available sources of recovery as Firm deems necessary. Client agrees that Firm may associate additional lawyers/firms to assist with this case and Client agrees to the sharing of fees between lawyers who will be working on Client's case). Client understands the terms herein apply to other lawyers associated in this case and other lawyers being involved does not change the fee arrangement.

*COOPERATION.* Client agrees to be available for consultation, investigation, deposition, trial preparation, and to provide other necessary assistance to advance the case as Firm directs and to do nothing to hurt the value of the case.

Firm agrees to use its best effort and skill in pursuing this case but <u>does not guarantee a specific result and Client recognizes that litigation may not be successful</u>. Client appoints Firm as client's attorneys-in-fact to present claims and/or endorse checks or drafts representing settlement or judgment proceeds to expedite disbursement. Firm does not agree to appeal the case and any appeal will have to be negotiated by a separate contract.

*LEGAL FEE*. **If there is no recovery, Client does not owe Firm any legal fees or expenses.** If there is sufficient recovery, all expenses will be reimbursed and then the balance of the recovery (in any form of direct or indirect monetary or non-monetary relief, including forgiveness of debt and attorney fees awarded – which are assigned by Client to Firm) will be divided ▬▬▬ ▬▬ to Client and ▬▬▬▬▬▬▬ to the Firm. Alternatively, the Firm can take its expenses and attorney fees at the hourly rate of $650 for attorneys and $250 for paralegals out of the recovery. Client understands that Firm will never receive less than the fees awarded as Firm cannot share those fees with Client.

*CASE EXPENSES & AUTHORIZATION*. Case costs and expenses will be advanced by Firm. Examples of typical expenses include filing fees, investigation, auto mileage, photocopies, court reporters, medical records, long distance charges, legal research, interest on any money Firm borrows for expenses, expert witness fees, air fare, etc.

**_TERMINATION OF THIS AGREEMENT._** If this agreement is terminated before the case is resolved, Client gives Firm a lien against any subsequent recovery in this case for Firm's time at the rate described above and expenses. Firm may withdraw from representation of Client if it determines prosecution of the claim is not practicable.

**_MISCELLANEOUS AND TAX ISSUES._** Client has read this agreement and agrees to be bound by these terms. Any modifications in the terms of this agreement shall be typewritten or handwritten in the margin below and initialed by both parties.

Client also understands that any money paid in a settlement or verdict will likely result in tax consequences to Client and Firm does not advise on tax law. Client agrees to properly disclose the correct amount to any and all taxing authorities. Client is not relying on Firm to advise about the amount of taxes that may be owed as Client will handle this without Firm's advice.

Firm (John Watts): _John Watts_  Date: 2024-06-19

Firm (Patricia Lockhart): _Patricia Lockhart_  Date: 2024-06-20

Client: _Christopher Robinson_  Date: 2024-06-19

**Contact Information:**

**Phone:**
[redacted]
List any other phone numbers here:

**Mailing Address:**
[redacted]
List any other addresses here: