# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **CHRISTOPHER ROBINSON,** | ) | |
| | ) | **CIVIL ACTION NO.** |
| Plaintiff, | ) | **2:23-cv-01381-AMM** |
| | ) | |
| v. | ) | |
| | ) | |
| **SPRING OAKS CAPITAL, LLC;** | ) | |
| Fictitious Defendants "A", "B" | ) | |
| and "C", | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF SETTLEMENT

The undersigned counsel for Plaintiff and Defendant hereby provide notice to the Court that this matter has been settled as to all of Plaintiff's claims against Defendant Spring Oaks Capital, LLC, in this action. The Parties anticipate that the performance of the terms of the settlement agreement will be completed within sixty (60) days of the date of this notice, at which time, the Parties shall file a Stipulation of Dismissal with prejudice. It is respectfully requested that the matter be stayed for sixty (60) days to allow the parties to fully execute the settlement.

In light of the aforementioned settlement, it is further respectfully requested that the deadline to select a mediator from the Court Panel of Neutrals [*see* Doc. 66] be stayed.

Respectfully submitted,

| | |
|---|---|
| /s/ James Sears | /s/ Neal D. Moore, III |
| James Sears | Neal D. Moore, III |
| WATTS & HERRING | CHRISTIAN & SMALL, LLP |
| The Kress Building | 505 20th Street North, Suite 1800 |
| 301 19th Street North | Birmingham, Alabama  35203 |
| Birmingham, Alabama  35203 | ndmoore@csattorneys.com |
| james@wattsherring.com | *Attorney for Defendant,* |
| *Attorney for Plaintiff* | *Spring Oaks Capital, LLC* |